UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:

FIRST BAPTIST CHURCH                    CASE NO. 18-04313-5
                                        CHAPTER 11
DEBTOR.

STATEMENT PURSUANT TO SECTION 1116

I, Wixie D. Stephens, Chair of the Board of Trustees of the First Baptist Church, the Debtor named herein, hereby swear under penalty of perjury that the Debtor does not have a balance sheet, statement of operations or cash-flow statement to provide to the court. Further, the Debtor is a nonprofit church that is not required to file Tax Returns.

Dated: 8/30/18

_____
WIXIE D. STEPHENS
Chair

Sworn to and subscribed before me this the 30th day of August, 2018.

_____
NOTARY PUBLIC

My Commission expires: 4/4/23