# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# FAYETTEVILLE DIVISION

IN RE:

| | |
|---|---|
| **FIRST BAPTIST CHURCH,** | **CASE NO. 18-04313-5-DMW** |
| | **CHAPTER 11** |
| **DEBTOR.** | |

## APPLICATION FOR EXTENSION OF TIME TO FILE NOVEMBER 2018 MONTHLY REPORT AND BANK STATEMENTS

NOW COMES the Debtor, by and through counsel of record, and hereby files this Application for Extension of Time to File the November 2018 Monthly Report and Bank Statements, and in support thereof shows unto the Court as follows:

1. The Debtor filed a voluntary petition on August 30, 2018, and currently operates as Debtor-in-Possession.

2. The Debtor's monthly report and bank statements for the month of November, 2018, are due.

3. The Debtor is currently preparing the monthly report for the month of November and needs additional time to complete the report.

4. The Debtor would request an extension to January 7, 2019 to file the November, 2018 report and bank statements.

WHEREFORE, the Debtor moves the Court for an Order allowing an extension to and including January 7, 2019, to file the Monthly Report and Bank Statements for the month of November, 2018.

DATED: 12/27/18

**STUBBS & PERDUE, P.A.**

BY:   s/William H. Kroll
WILLIAM H. KROLL (NCSB No. 39149)
wkroll@stubbsperdue.com
9208 Falls of Neuse Road, Suite 201
Raleigh, North Carolina 27615
Telephone: (919) 870-6258
Telefax:    (919) 870-6259

# CERTIFICATE OF SERVICE

I, William H. Kroll, of Stubbs & Perdue, P.A., 9208 Falls of Neuse Road, Suite 201, Raleigh, North Carolina 27615, certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 27th day of December, 2018, I served copies of the foregoing Motion on the parties listed below as indicated; and,

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 12/27/2018

**STUBBS & PERDUE, P.A.**

BY: __s/William H. Kroll__
WILLIAM H. KROLL (NCSB No. 39149)
wkroll@stubbsperdue.com
9208 Falls of Neuse Road, Suite 201
Raleigh, North Carolina 27615
Telephone: (919) 870-6258
Telefax:     (919) 870-6259

Counsel for Debtor

Copies to:

Bankruptcy Administrator          (via CM/ECF)


First Baptist Church
Attn: Wixie Stephens, Chairperson
Board of Trustees
504 West 2nd Street
Lumberton, NC  28358