Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
First Baptist Church
504 W 2nd St
Lumberton, NC 28358–5438

CASE NO.: 18–04313–5–DMW

DATE FILED: August 30, 2018

TaxID: 56–0814751

CHAPTER: 11

**Fayetteville Division**

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*73* – Objection to Claim Number 4 of Skyline Restoration, Inc. filed by William H. Kroll on behalf of First Baptist Church.(Kroll, William)

Trawick H Stubbs Jr.
Stubbs & Perdue, P.A.
P. O. Drawer 1654
New Bern, NC 28563
252 633–2700


DATED: March 14, 2019

Sarah Donleycott