VAN–057 Notice to Creditors and Other Parties in Interest – Rev. 11/07/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
First Baptist Church
 *( debtor has no known aliases )*
504 W 2nd St
Lumberton, NC 28358–5438

TaxID: 56–0814751

CASE NO.: 18–04313–5–DMW

DATE FILED: August 30, 2018

CHAPTER: 11

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:     Thursday, May 9, 2019
TIME:     09:30 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

to consider and act on the following matters:

Objection to Claim Number 4 of Skyline Restoration, Inc. filed by William H. Kroll on behalf of First Baptist Church

and to transact all other business as may properly come before the court.

DATED: March 14, 2019

                                              Stephanie J. Butler
                                              Clerk of Court