**SO ORDERED.**

**SIGNED this 25 day of March, 2019.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **First Baptist Church.** | ) | **Case No. 18-04313-5-DMW** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

### ORDER ALLOWING FOR PRODUCTION OF DOCUMENTS
### AND FOR EXAMINATION OF FIRST BAPTIST CHURCH
### PURSUANT TO BANKRUPTCY RULE 2004

This matter, coming before the Court upon the Motion of Creditor Skyline Restoration, Inc. for examination pursuant to Bankruptcy Rule 2004 (the "Motion"), filed by Creditor seeking an order directing Debtor to produce certain documents, items, materials, and information, and based upon the consideration of the record, and in accordance with Federal Rule of Bankruptcy Procedure 2004, the Court finds that good cause exists and the Motion should be allowed.

Therefore it is ORDERED, ADJUDGED, AND DECREED that the Motion is allowed and Debtor is hereby directed and ordered to produce the documents, items, materials, and information requested in the Motion by electronic delivery to counsel for Skyline Restoration,

Inc., or, in the alternative, physical delivery to counsel for Skyline Restoration, Inc., no later than 5:00 p.m. on April 1, 2019.

**END OF DOCUMENT**