**VAN–124** Order Continuing Hearing – Rev. 01/29/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
First Baptist Church
 *( debtor has no known aliases )*
504 W 2nd St
Lumberton, NC 28358–5438

TaxID: 56–0814751

CASE NO.: 18–04313–5–DMW

DATE FILED: August 30, 2018

CHAPTER: 11

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:     Thursday, August 1, 2019
TIME:     10:00 AM
PLACE:    300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

Objection to Claim Number 4 of Skyline Restoration, Inc. filed by William H. Kroll on behalf of First Baptist Church

and to transact all other business as may properly come before the court.

DATED: May 6, 2019

David M. Warren
United States Bankruptcy Judge